IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Spencer-McGee, Gloria J | Case Number: 07 B 14296 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 2/12/08 | Filed: 8/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,772.00 | |
| Secured: | | 70.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,606.32 |
| Trustee Fee: | | 95.68 |
| Other Funds: | | 0.00 |
| Totals: | 1,772.00 | 1,772.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,443.00 | 1,606.32 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,459.02 | 70.00 |
| 5. | CitiFinancial Mortgage | Secured | 7,000.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 36,593.90 | 0.00 |
| 8. | Ginny's | Unsecured | 581.41 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 10. | FIA Card Services | Unsecured | 6,382.92 | 0.00 |
| 11. | Chase Bank | Unsecured | 1,421.76 | 0.00 |
| 12. | Indymac Bank | Secured | | No Claim Filed |
| 13. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 14. | Paul Michael Marketing | Unsecured | | No Claim Filed |
| 15. | The Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 56,132.01 | $ 1,676.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 95.68 |
| | $ 95.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Spencer-McGee, Gloria J

Printed:  2/12/08

Case Number:  07 B 14296
Judge:  Wedoff, Eugene R
Filed:  8/8/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____